6786

CAREY v. TOLBERT.

MAGISTRATE—DISCRETION—APPEAL.—Whether a circuit judge will set aside a magistrate's judgment by default and grant a new trial upon a showing that manifest injustice has been done upon satisfactory excuse of default, is discretionary, and such order is not appealable except there be abuse thereof.

Before PURDY, J., Greenwood, February term, 1907.
Affirmed.

Action by A. C. Carey against R. R. Tolbert, Sr. From
Circuit order affirming judgment of Magistrate W. G. Aus-
tin, taken by default and refusing to open the judgment,
defendant appeals.

*Mr. Ellis G. Graydon,* for appellant.

*Mr. George T. Magill,* contra.

March 3, 1908. The opinion of the Court was deliv-
ered by

MR. JUSTICE GARY. This action was commenced before a
magistrate.

The summons was dated 6th of August, 1906, and
required the defendant to appear at the magistrate's office at
10 o'clock a. m., on the 30th of August, 1906, to answer the
complaint, or judgment would be given against him by
default. The defendant failed to appear at 10 o'clock and
the magistrate postponed the hearing until 2 o'clock p. m.
of that day. The defendant still failed to appear, and the
plaintiff introduced testimony to prove the allegations of
the complaint, whereupon magistrate rendered judgment in
favor of the plaintiff for $85.20.

The defendant appealed under Section 368 of the Code of
Procedure, but his Honor, the Circuit Judge, dimissed the
appeal.

He then appealed to this Court.

The respondent's attorney raises the preliminary question
whether the order is appealable.

Section 368 of the Code provides: "If the defendant failed
to appear before the magistrate, and it is shown by the
affidavits served by the appellant, or otherwise, that manifest
injustice has been done, and he satisfactorily excuses his

default, the Court may, in its discretion, set aside or suspend judgment and order a new trial."

The order of his Honor, the Circuit Judge, in refusing the defendant's motion was discretionary, and, as the appellant has failed to satisfy this Court that his discretion was abused, the order is not appealable.

It is the judgment of this Court, that the judgment of the Circuit Court be affirmed.